# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

### NO. 03-17-00109-CR

**Eric Weems Rogers, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment adjudicating guilt rendered by the trial court in cause number 71357. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence to reduce the amount of court costs by $306. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

### NO. 03-17-00110-CR

**Eric Weems Rogers, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment adjudicating guilt rendered by the trial court in cause number 71358. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence to reduce the amount of court costs by $306. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 19, 2017

## NO. 03-17-00111-CR

**Eric Weems Rogers, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment adjudicating guilt rendered by the trial court in cause number 69478. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.